**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00235-CV**

_____

**AMERICAN CAPITAL FUNDING CORPORATION, Appellant**

**V.**

**HOTEL APART, L.L.C., Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-193,565**

**ORDER**

Hotel Apart, L.L.C. appellee, filed an unopposed motion to supplement the clerk's record.

It is, therefore, ORDERED that a supplemental clerk's record be certified and transmitted by the Jefferson County District Clerk to the Court of Appeals. *See* Tex. R. App. P. 34.5(c). The supplemental clerk's record shall include: (1) Plaintiff's Original Petition filed November 15, 2012; (2) Original Answer filed November 21, 2012; (3) Original Answer filed February 21, 2013; (4) Original Answer filed

January 4, 2013; (5) First Amended Petition filed February 9, 2016; (6) Answer filed March 19, 2013; (7) Amended Answer filed August 27, 2013; (8) Amended Answer filed August 31, 2013; (9) Amended Petition filed October 19, 2013; (10) Objection filed October 19, 2013; (11) Amended Petition filed November 26, 2013; (12) General Response filed December 3, 2013; (13) Amended Answer filed January 17, 2014; (14) Counterclaim filed July 7, 2014; (15) Third Amended Answer filed October 22, 2014; (16) Fourth Amended Answer filed October 27, 2014; (17) Fourth Amended Petition filed November 13, 2014; (18) Fourth Amended Answer filed December 16, 2014; (19) Motion For Severance Stay filed January, 20, 2015; (20) Severance Order dated January 26, 2015; (21) Summary Judgment dated February 3, 2015; (22) Order Denying Motion dated February 26, 2015; (23) Motion For Severance Stay filed March 23, 2015; (24) Order of Severance dated March 16, 2015; (25) Severance Order dated April 1, 2015; (26) Fifth Amended Petition filed July 15, 2015; (27) First Amended Answer filed August 7, 2015; (28) Fourth Amended Answer filed August 10, 2015; (29) Answer filed August 11, 2015; (30) Counterclaim filed August 18, 2015; (31) Motion for Entry of Final Judgment filed February 24, 2016; (32) Application for Temporary Injunction filed February 25, 2016; (33) Motion For Severance Stay filed May 30, 2018; (34) Application for Temporary injunction filed March 16, 2016; (35) Motion for New Trial filed April 4, 2016; (36) Amended Motion for New Trial filed April 4, 2016; (37) Amended

2

Motion for New Trial filed April 6, 2016; (38) Order Denying Motion dated April 1, 2016; (39) Notice of Appeal filed May 2, 2016; (40) Judgment of Court of Appeals dated June 2, 2016; (41) Application for Temporary Injunction filed September 15, 2016; (42) Temporary Injunction dated September 27, 2016; (43) Application for Temporary Injunction filed February 7, 2017; (44) First Amended Petition filed May 3, 2018; (45) Amended Counterclaim filed May 30, 2018; (46) Answer filed May 30, 2018; (47) Partial Summary Judgment signed September 12, 2018; (48) Partial Summary Judgment signed March 15, 2019; (49) Amended Summary Judgment signed March 15, 2019; (50) Appointment Oath of Receiver dated June 6, 2016; (51) Appointment Oath of Receiver dated June 26, 2019; (52) General Application filed September 4, 2019; (53) Application for Temporary Restraining Order filed September 3, 2019; (54) Temporary Restraining Order signed September 3, 2019; (55) General Order signed September 5, 2019; (56) Writ of Restraint dated September 24, 2019; (57) Writ of Restraint dated September 24, 2019; (58) Intervention filed September 17, 2019; (59) Plea to the Jurisdiction filed September 25, 2019; (60) Opposition Response to Application filed September 30, 2019; (61) Amended Intervention filed September 30, 2019; (62) Motion to Extend Temporary Injunction filed September 30, 2019; (63) General Response filed September 30, 2019; (64) Application for Injunctive Relief filed September 30, 2019; (65) General Order dated October 2, 2019; (66) Answer Filed October 2, 2019; (67) Motion to

3

Reconsider Modify filed October 7, 2019; (68) Intervenor Response filed October 29, 2019; (69) Response to Motion filed October 29, 2019; (70) Response to Motion filed October 29, 2019; (71) Motion to Enforce filed April 20, 2020; (72) Order Granting Motion dated May 12, 2020; (73) General Application filed June 24, 2020; (74) Amended Order dated June 29, 2020; (75) Order Granting Application dated July 1, 2020; (76) Notice of Dismissal Nonsuit filed September 3, 2020; and (77) Order of Dismissal Nonsuit dated September 18, 2020.

Furthermore, the supplemental clerk's record shall include, or the clerk shall certify that no record exists, the following: (1) Order Denying Defendants' Motion for Summary Judgment signed on or about June 4, 2014; (2) Order Granting Plaintiff's Motion to Compel signed on or about January 21, 2015; (3) Order Granting Plaintiff's Motion for Summary Judgment as to Defendant RC Hospitality signed on or about January 21, 2015; (4) Order Granting Plaintiff's Motion to Sever as to Defendant RC Hospitality signed on or about January 21, 2015; (5) Order Denying Defendants' Motion for Summary Judgment signed on or about January 21, 2015; (6) Order Granting Plaintiff's Motion for Summary Judgment as to Defendant RC Hospitality signed on or about January 21, 2015; (7) Order Granting Plaintiff's Motion to Sever Defendant RC Hospitality and Re-docketing Cause Number A-193565-A signed on or about January 21, 2015; (8) Order Denying Traditional and No-Evidence Motion for Summary Judgment of Defendants Capital

4

Funding Corp. and Crown Hospitality signed on or about February 25, 2015; (9) Agreed Order Granting Motion to Sever signed on or about March 27, 2015; (10) Order Granting Plaintiff's Motion to Enter Judgment as to Crown Hospitality signed on or about March 3, 2016; (11) Order Granting Motion to Sever Crown Hospitality signed on or about March 3, 2016; (12) Defendant Crown Hospitality's Notice of Appeal filed on April 29 , 2016; (13) Opinion of Ninth Court of Appeals issued June 6, 2016; (14) Order Resetting signed on or about June 2, 2016; (15) Mandate of Ninth Court of Appeals dated August 11, 2016; (16) Agreed Temporary Injunction signed on or about September 26, 2016; (17) Agreed Order Reassigning Lis Pendens, Judgment, and Judgment Lien signed on or about July 17, 2017; (18) Order Appointing Receiver signed on or about April 3, 2019; (19) Agreed Order to Appoint Receiver for Sale of Hotel Property signed on or about June 4, 2019; (20) Order Granting Receiver's Motion for Temporary Injunction signed on or about August 30, 2019; (21) Order Extending Temporary Restraining Order signed on or about September 11, 2019; (22) Order Granting Temporary Restraining Order signed on or about October 1, 2019; (23) Order Granting Plea to the Jurisdiction and Dismissing Application for Temporary Restraining Order signed on or about October 1, 2019; (24) Order Granting Receiver's Motion to Enforce Court Orders signed on or about May 11, 2020; (25) Amended Order Authorizing Sale of Hotel Property signed on or about June 25, 2020; (26) Temporary Injunction signed on or

about June 29, 2020; (27) Order Granting Motion to Discharge Receiver signed on or about September 10, 2020; and (28) Order Granting Agreed Motion to Dismiss with Prejudice signed on or about September 17, 2020.

If any of the requested documents were not filed with the trial court, the clerk may certify the unavailability of the document. The supplemental clerk's record is due to be filed with the Clerk of the Court of Appeals on or before March 25, 2021.

ORDER ENTERED February 23, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.